IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MARVIN D. PHILLIPS, <br> TDCJ-CID No. 2069253, <br><br> Plaintiff, <br><br> v. <br><br> BOBBY LUMPKIN, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § | 2:23-CV-00185-Z-BR |

## ORDER GRANTING EXTENSION OF TIME AND WITHDRAWING FCR

On January 3, 2024, the undersigned issued Findings, Conclusions, and a Recommendation ("FCR") to dismiss the Complaint filed in this action due to Plaintiff's failure to respond to the Court's November 17, 2023, Briefing Order. (ECF 11). On January 23, 2024, Plaintiff submitted a Motion to Extend Time, stating that he did not receive the Briefing Order until January 12, 2024. (ECF 13).

Accordingly, the FCR is WITHDRAWN. Plaintiff's Motion to Extend Time is GRANTED. Plaintiff must respond to the Briefing Order by or before **February 15, 2024**. If no response is received by that date, the undersigned will recommend dismissal of this case.

IT IS SO ORDERED.

ENTERED January 24, 2024.

*[signature]*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE